IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
EDWIN WAYNE JOYCE,              )
                                )
             Plaintiff,         )
                                )
     v.                         )      1:22-cv-992
                                )
USDC JUDGES BETTY PUGH,         )
ANGELA MOORE, HENRY             )
ROGERS, JR., USDCMD             )
CATHERINE EAGELS, and           )
MARK WILSON,                    )
                                )
             Defendants.        )
```

### ORDER

On November 22, 2022, the United States Magistrate Judge's Order and Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 3, 4.) No objections were filed within the time limits prescribed by Section 636. However, Plaintiff submitted a letter request to drop all his lawsuits.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted. In light of adopting the Recommendation and dismissing this action without prejudice, Plaintiff's letter request to drop all his lawsuits will be denied as moot.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 3), is **ADOPTED. IT IS FURTHER ORDERED**

that this action be filed, and is hereby, **DISMISSED** sua sponte without prejudice to Plaintiff filing a new complaint, on the proper § 1983 forms, and accompanied by the $402.00 filing fee.

**IT IS FURTHER ORDERED** that Plaintiff's letter request to drop all his lawsuits, (Doc. 5), is **DENIED AS MOOT.**

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 9th day of March, 2023.

_____William L. Osteen, Jr._____
United States District Judge

- 2 -

Case 1:22-cv-00992-WO-LPA    Document 6    Filed 03/09/23    Page 2 of 2